**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV11-07674 JAK (SPx) | Date | February 21, 2012 |
|---|---|---|---|
| Title | Gambol Industries, Inc. v. M/Y Debra Kay | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

Pursuant to Magistrate Judge Sheri Pym's Order, a settlement has been reached. (Dkt. 40)  The Court sets an Order to Show Cause re Dismissal for April 23, 2012 at 1:30 p.m.  If the parties file a dismissal by April 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The February 27, 2012 post mediation status conference, October 1, 2012 final pretrial conference, October 12, 2012 exhibit conference, and October 16, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |